```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KALAMATA CAPITAL GROUP, LLC,

          Plaintiff,

-against-

NEWCO CAPITAL GROUP, LLC D/B/A KALABAKA CAPITAL GROUP, and KALABAKA CAPITAL GROUP, LLC,

          Defendants.

1:23-cv-442-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that counsel are directed to submit a new Case Management Plan, reflecting this Court's Plan template, as required by the Court's Individual Rules of Practice one week prior to the Initial Pretrial Conference scheduled for **October 20, 2023 at 2:00 PM**.

**SO ORDERED.**

Date: **September 20, 2023**
      New York, NY

                                _____
                                **MARY KAY VYSKOCIL**
                                **United States District Judge**