UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALAMATA CAPITAL GROUP, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>NEWCO CAPITAL GROUP, LLC, et al.,<br><br>　　　　　　　　　Defendants. | 23 -CV- 00442 (MKV) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a Telephone Conference on **Friday, January 5, 2024, at 12:00 PM**, at which time the parties will be directed to advise the Court as to the status of the discovery disputes referenced in ECF 54 and ECF 55. Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 845 785 595#.**

　　If counsel are not available at this date and time, please jointly confer and email within 48 hours of the docketing of this Order, four dates when you are available during the week of January 2nd, 2024 to TarnofskyNYSDChambers@nysd.uscourts.gov.

DATED:　December 21, 2023
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge