UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kalamata Capital Group, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> NewCo Capital Group, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: 23 Civ. 00442 <br><br> (MKV) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

On November 30, 2023, Plaintiff submitted a letter seeking the Court's intervention in a discovery dispute. (*See* ECF 54.) On December 1, 2023, Defendants submitted their letter response. (*See* ECF 55.) By Order of Reference dated December 19, 2023 (ECF 62), Judge Mary Kay Vyskocil referred this case to Magistrate Judge Valerie Figueredo to address the current discovery dispute. On December 20, 2023, that referral was reassigned to me. I held a conference with the parties on January 5, 2023.

Certain discovery issues were resolved between the parties in advance of the conference, including issues regarding to Plaintiff's Interrogatory Nos. 5 and 10 and Request for Production No. 22. During the conference, the parties resolved the dispute relating to Plaintiff's Interrogatory No. 13 based on Defendants' representation that all information responsive to the interrogatory is publicly available.

For the reasons discussed at the conference, it is ORDERED that Plaintiff shall promptly provide Defendants with additional information and, by **January 12, 2024**, Defendants shall (1) supplement their responses to Plaintiff's Interrogatory Nos. 7, 8 and 9 and (2) in response to

Plaintiff's Interrogatory No. 4 and Request for Production No. 8 produce a list of NewCo Capital Group, LLC's and Kalabaka Capital Group, LLC's employees from January 1, 2020 until the present.

Additionally, it is ORDERED that Defendants shall produce all non-privileged documents responsive to Plaintiff's Requests for Production Nos. 9, 10, 17 and 18 that are located after a reasonable search, in accordance with the discovery schedule previously set by the Court, (*see* EFC 49). Plaintiff's request for relief regarding all remaining issues is denied at this time.

Each party shall bear its own costs and attorneys' fees.

Dated:   New York, New York
         January 5, 2024

SO ORDERED.

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE