UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALAMATA CAPITAL GROUP, LLC, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/12/2024 |
| Plaintiff, | |
| -against- | 1:23-cv-442-MKV |
| NEWCO CAPITAL GROUP, LLC D/B/A KALABAKA CAPITAL GROUP, and KALABAKA CAPITAL GROUP, LLC, | ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

On February 12, 2024, the Court held a Post-Fact Discovery Conference in this matter. This order serves to memorialize the Court's rulings at that conference. At the conference, the parties informed the Court that they were actively engaged in settlement discussions. Plaintiff counsel advised the Court that he received a revised, proposed settlement agreement from defense counsel on Friday, February 9, 2024 but had not yet had the opportunity to respond.

Accordingly, the Court directed plaintiff counsel to reply in writing to Defendants' revised, proposed settlement agreement by **end of business day on Tuesday, February 13, 2024**. Thereafter, defense counsel shall reply to Plaintiff's response by **end of business day on Friday, February 16, 2024**. At that time, if the terms are acceptable to both parties, counsel shall have their respective clients promptly sign the agreement.

The Court further ordered that by **end of business day on Monday, February 19, 2024**, the parties shall file a joint letter on the docket informing the Court of the status, but not substance, of the settlement negotiations.

2

      **Further failure to comply with the Court's orders, Individual Rules, Local Rules, and/or deadlines may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

                                                    */s/ Mary Kay Vyskocil*

**Date:  February 12, 2024**                       **MARY KAY VYSKOCIL**
        **New York, NY**                             **United States District Judge**